# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y
DEC 21 2010 ★**

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: 10 - m - 848

2) Defendant's Name: Corbin   Rashean
   (Last)   (First)   (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

Items 1-6 to be completed by AUSA/Arresting Officer)   Consular notification

7) Removal Proceeding: ___ Yes ✓ No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: ✓ Yes ___ No   Date/Time: 12/21/10

10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ✓

11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____ ; or waived: ✓

    (b) Removal Hearing set for: _____ ; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: Jim Miskiewicz for Nicole Boeckman

14) DEFENSE COUNSEL'S NAME: Steve Zissou
    Address: _____
    Bar Code: _____ CJA: ✓ PDA: ___ RET: ___
    Telephone Number: ( )

15) ESR Tape #: 1  ( 4:03 - 4:08 )

16) Complaint/Affidavit/Indictment unsealed: ___ Yes ___ No
    SO ORDERED ON THIS ___ DAY OF _____, 20__

    _____
    UNITED STATES MAGISTRATE JUDGE

17) Other Comments/Rulings: _____